DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Respondent, *v.* MARION J. SLOCUM, as General Chairman of Lackawanna Division No. 30 of the Order of Railroad Telegraphers, Appellant, et al., Defendants.

Submitted June 2, 1950; decided July 11, 1950.

Motion for reargument denied and motion to amend the remittitur granted. Return of remittitur requested and, when returned, it will be amended to provide that the judgments of the Appellate Division and the Supreme Court, Chemung County, be reversed and the complaint dismissed, with costs to appellant in all courts. [See 299 N. Y. 496.]